UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------

JOHN W. GILDAY, et al.,

                          Plaintiffs,    ORDER OF DISMISSAL
                                          FOR FAILURE TO PROSECUTE

-vs-

                                                CV-05-436   (NGG)

TOTAL CONTROL CONCEPTS, CORP.,

                            Defendant.

-------------------------------------------------------------

GARAUFIS, J.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ JUN 3 0 2005 ★
BROOKLYN OFFICE

It is hereby **ORDERED** that the captioned case is dismissed without prejudice, for failure to prosecute. No further proceedings have been commenced by any party since JANUARY 26, 2005 and no explanation for the lack of proceedings has been filed and approved by the Court.

It is further **ORDERED** that the Clerk of the Court mail a copy of this order to all parties and mark the case closed.

                                                          SO ORDERED.

                                                          NICHOLAS G. GARAUFIS, U.S.D.J.

DATED:   Brooklyn, N.Y.
               June 30, 2005