UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JOHN W. GILDAY, et al.,

                  Plaintiffs,

-against-

TOTAL CONTROL CONCEPTS, CORP.,

                  Defendant.
----------------------------------------------------------------X

JUDGMENT
05-CV- 0436 (NGG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ JUL 0 6 2005 ★
BROOKLYN OFFICE

      An Order of Honorable Nicholas G. Garaufis, United States District Judge, having been filed on June 30, 2005, dismissing the case without prejudice for failure to prosecute; it is

      ORDERED and ADJUDGED that plaintiffs take nothing of the defendant; and that judgment is hereby entered dismissing the case without prejudice for failure to prosecute.

Dated: Brooklyn, New York
       July 05, 2005

                                            ROBERT C. HEINEMANN
                                            Clerk of Court